IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN THE MATTER OF THE ARREST OF

A MALE KNOWN AS
JUAN COMPUTADORES

Case No. 12-mj-01153-MJW

**Filed Under Restriction**

## AMENDED ORDER TO RESTRICT CASE

Upon the motion of the United States of America, and for good cause shown,

IT IS ORDERED that this case is sealed at a Level 3 restriction to all parties with the exception of the United States Attorney's Office and members of law enforcement until further order.

DATED this 15th day of November, 2012.

UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO
Michael J. Watanabe